APRIL 16, 2001

No. 00–8399. OVERTON *v.* VIRGINIA. Sup. Ct. Va. Certiorari dismissed under this Court's Rule 46.

No. 00–7712. BROWN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Artuz* v. *Bennett,* 531 U. S. 4 (2000).

No. 00–7767. FORD, AKA GREEN *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).